## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-20669-CR-MORENO

**UNITED STATES OF AMERICA**

**vs.**

**SHANTAVIA JOHNSON, et al.,**

       **Defendants.**

_____/

### <u>ORDER OF DISMISSAL</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses

without prejudice the indictment in the above-captioned case, as to defendants JIMMY LEE LOVE,

JR., and JOSE RODRIGUEZ, a/k/a "Shorty,"only.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

cc:    U.S. Attorney (Susan Osborne, AUSA)
        G.P. Della Ferra, Esq., *counsel for Jimmy Lee Love, Jr.*
        Gennaro Cariglio, Esq., *counsel for Jose Rodriguez*
        U.S. Marshal
        Chief Probation Officer
        Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: _____

FEDERICO A. MORENO
UNITED STATES DISTRICT COURT JUDGE